AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JACOB R. PRATT,

     Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:15-cv-00571-RCJ-VPC**

E.K. MCDANIEL, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the First Amended Complaint (ECF No. 5) is **DISMISSED**.

May 13, 2016    **LANCE S. WILSON**
                                                            Clerk

                                                   /s/ D. R. Morgan
                                                        Deputy Clerk